UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CARL BOWERS | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-00091-WCL-SLC |
| | ) |
| H&H DISPOSAL, LLC | ) |
| | ) |
|       Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Carl Bowers, and Defendant, H&H Disposal LLC, having reached an agreement to settle this matter, hereby stipulate to the dismissal with prejudice of all claims by Carl Bowers pursuant to Fed.R.Civ.Pro. 41(a)(1)(A), with each party to bear his/its own attorneys' fees and costs.

DERRICK DAVIDSON                            H&H DISPOSAL LLC

By: /s/ Christopher C. Myers              By: /s/ Scott James Preston
Christopher C. Myers                           Scott James Preston
CHRISTOPHER C. MYERS & ASSOCIATES  Melissa K. Taft
809 South Calhoun Street, Suite 400        JACKSON LEWIS P.C.
Ft. Wayne, Indiana 46802                    10 West Market Street, Suite 2400
cmyers@myers-law.com                      Indianapolis, Indiana 46204
                                                     Scott.Preston@jacksonlewis.com

*Attorneys for Plaintiff, Carl Bowers*

*Attorneys for Defendant*
*H&H Disposal LLC*

4834-4202-2296, v. 1